IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 18 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00315-BNB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

RONALD D. ROBINSON,

    Plaintiff,

v.

DENVER ART MUSEUM,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Title VII Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)   ___    is not submitted
(2)   _X_    is not on proper form (must use the court's current form)
(3)   ___    is missing original signature by Plaintiff
(4)   ___    is missing affidavit
(5)   ___    affidavit is incomplete
(6)   _X_    affidavit is not notarized or is not properly notarized
(7)   ___    names in caption do not match names in caption of complaint, petition or application
(8)   ___    An original and a copy have not been received by the court.

|        |     | Only an original has been received. |
|--------|-----|---|
| (9)    | X   | other: <u>Motion is necessary only if $350.00 filing fee is not paid in advance.</u> |

**Complaint or Petition:**

| (10) | __ | is not submitted |
|------|----|---|
| (11) | X  | is not on proper form (must use the court's current form) |
| (12) | __ | is missing an original signature by the Plaintiff |
| (13) | __ | is incomplete |
| (14) | __ | uses et al. instead of listing all parties in caption |
| (15) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (16) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (17) | __ | names in caption do not match names in text |
| (18) | __ | other _____ |

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Title VII Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED February 18, 2011, at Denver, Colorado.

BY THE COURT:

<u>s/ Boyd N. Boland</u>
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00315-BNB

Ronald D Robinson
12273 Andrews Dr
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and of the Title VII Complaint forms** to the above-named individuals on February 18, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk