IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 4 - 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00315-REB-BNB

RONALD D. ROBINSON,

    Plaintiff,

v.

DENVER ART MUSEUM,

    Defendant.

---

**ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL**

---

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on the defendant; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, the defendant or counsel for the defendant

having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated March 3, 2011, at Denver, Colorado.

BY THE COURT:

*[signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00315-REB-BNB

Ronald D. Robinson
12273 Andrews Dr.
Denver, CO 80239

US Marshal Service
Service Clerk
Service forms for: Denver Art Museum

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Denver Art Museum: AMENDED TITLE VII COMPLAINT FILED 02/22/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on March 04, 2011.

                                      GREGORY C. LANGHAM, CLERK

                                      By: _____
                                                 Deputy Clerk