IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Case No.  11-cv-00315-REB-BNB

RONALD D. ROBINSON,

Plaintiff,

v.

DENVER ART MUSEUM,

Defendant.

---

## ORDER

---

This matter arises on the Order to Show Cause [Doc. # 14, filed 5/16/2011] which commanded the defendant to show cause why default should not enter against it for failing to defend the action by failing to appear at the scheduling conference as ordered.  The defendant filed its Response to Order to Show Cause [Doc. # 18] this afternoon.  Good cause having been shown,

IT IS ORDERED:

1. The Order to Show Cause [Doc. # 14] is DISCHARGED; and

2. The scheduling conference is reset to **May 25, 2011, at 9:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated May 16, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge