IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Case No. 11-cv-00315-REB-BNB

RONALD D. ROBINSON,

Plaintiff,

v.

DENVER ART MUSEUM,

Defendant.

---

**ORDER**

---

The parties appeared this afternoon for a status conference. Consistent with matters discussed at the status conference,

IT IS ORDERED:

(1) The plaintiff shall respond to the defendant's written discovery requests and produce documents responsive to the defendant's requests for production of documents, in full compliance with the formalities of the Federal Rules of Civil Procedure, no later than October 17, 2011, at 5:00 p.m.

(2) The plaintiff's deposition is set to occur pursuant to a notice of deposition on October 27, 2011, commencing at 10:00 a.m., and continuing thereafter until completed. The deposition shall not exceed seven hours.

(3) Failure by the plaintiff to make the discovery required by this order or otherwise to comply with his discovery obligations pursuant to the Federal Rules of Civil Procedure may result in the imposition of sanctions including the dismissal of this action with prejudice.

Dated October 11, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge