IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Case No. 11-cv-00315-REB-BNB

RONALD D. ROBINSON,

Plaintiff,

v.

DENVER ART MUSEUM,

Defendant.

_____

**ORDER**
_____

This matter is before me on an email (the "email") sent directly to my chambers by the plaintiff on December 8, 2011 [Doc. #35]. The email is inappropriate for several reasons.

"[A] request for a court order must be made by motion." Fed. R. Civ. P. 7(b)(1). The plaintiff may not seek a court order through letters or emails. All requests must be made in the form of a motion, and the request must be titled as a motion.

The email is an improper *ex parte* communication. *Ex parte* communications are prohibited by local rule of practice 77.2, D.C.COLO.LCivR, which provides:

> In the absence of previous authorization, no attorney or party to
> any proceeding shall send letters, pleadings or other papers or
> copies directly to a judicial officer. Unless otherwise instructed, all
> matters to be called to a judicial officer's attention shall be
> submitted through the clerk, with copies served on all other parties
> or their attorneys.

Copies of papers filed in this court must be served on counsel for all other parties (or directly on any party acting *pro se*) in compliance with the Federal Rules of Civil Procedure. Rule 5, provides that all pleadings filed after the original complaint and all written motions,

notices, demands, or any similar paper must be served on every party. Fed. R. Civ. P. 5(a). "If a party is represented by an attorney, service under this rule must be made on the attorney . . . ." Fed. R. Civ. P. 5(b). Service upon other parties may be by mail. Id. Proof that service has been made is provided by a certificate of service. Id. at 5(d). This certificate should be filed along with the original papers and should show the day and manner of service. Id.

The plaintiff requests an order compelling the defendants to produce discovery. The plaintiff does not state that he has attempted to obtain the discovery from the defendants pursuant to the Federal Rules of Civil Procedure. The rules of civil procedure permit a party to file a motion to compel only after attempts to obtain discovery pursuant to the appropriate rules of discovery have failed. Fed. R. Civ. P. 37. Therefore, prior to filing any future motions to compel, the plaintiff must first attempt to obtain the discovery pursuant to the Federal Rules of Civil Procedure.

IT IS ORDERED:

1. The email is STRICKEN;

2. The plaintiff shall cease sending communications directly to my chambers unless otherwise instructed by me;

3. All future applications to the court for relief shall be submitted in the form of a motion in compliance with Rule 7;

4. All papers shall be served on counsel for the defendants in accordance with Rule 5; and

5. Failure to comply with this order may result in the imposition of sanctions, including dismissal of the case.

Dated December 9, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge