IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Case No. 11-cv-00315-REB-BNB

RONALD D. ROBINSON,

Plaintiff,

v.

DENVER ART MUSEUM,

Defendant.
_____

**ORDER**
_____

This matter arises on a "List of Exhibits" sent directly to my chambers by the plaintiff on December 8, 2011 [Doc. #36]. The List of Exhibits is STRICKEN.

The List of Exhibits is not submitted in support of any pending matter in this case. In addition, the plaintiff does not certify that he served it on the defendant. The List of Exhibits is an improper *ex parte* communication. I have set forth in a previous order the rules prohibiting *ex parte* communications and the requirements for service of papers.

IT IS ORDERED:

1. The List of Exhibits is STRICKEN;

2. The plaintiff shall cease sending papers directly to my chambers unless otherwise instructed by me;

3. All future papers shall be filed with the clerk's office and served on counsel for the defendant in accordance with Rule 5; and

4. Failure to comply with this order may result in the imposition of sanctions, including

dismissal of the case.

Dated December 12, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge