IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Case No. 11-cv-00315-REB-BNB

RONALD D. ROBINSON,

Plaintiff,

v.

DENVER ART MUSEUM,

Defendant.
_____

**ORDER**
_____

This matter arises on a paper filed by the plaintiff entitled **Petition** [Doc. #43, filed 12/15/2011], which I liberally construe as a motion to compel discovery (the "Motion"). The defendant filed a response to the Motion [Doc. #46] (the "Response") and the plaintiff filed a reply in support of his Motion [Doc. #48] (the "Reply"). The Motion, Response, and Reply are STRICKEN.

The plaintiff requests that the defendant be ordered to provide him with a copy of the Denver Art Museum Employee Handbook. I have previously ordered the plaintiff to provide certification of proof of service with all motions, notices, demands, or any similar papers [Docs. #38 and #42]. I warned the plaintiff that failure to serve all papers on counsel in accordance with Rule 5, Fed.R.Civ.P., could result in sanctions, including dismissal of this case. My warnings notwithstanding, the plaintiff's Motion and Reply do not contain a certificate of

service.[1]

The defendant's Response is replete with immaterial and impertinent statements, and *ad hominem* attacks against the plaintiff.  For example:

> Plaintiff has approached this judicial transaction in the same manner as his job, his "application" for the job sought from Defendant, in resolving his concerns with Defendant [by not talking to it as briefed in the pending motion for summary judgment] and in not undertaking any pre-filing conferral with Defendant.  In a word, Plaintiff is lawless.
>
> As pointed out to the Court on October 11, 2011, Plaintiff has found time to picket and parade in his own choreographed pageant in front of the Denver Art Museum, but somehow does [sic] have the time to do what he is supposed to as to the processing of his claims.  Parenthetically, Defendant learned at Plaintiff's deposition that Plaintiff has continued his campaign to right the world's unfairness by filing more charges with the EEOC against the State of Colorado.  Past is prologue.  Plaintiff divides his days between working, picketing the Denver Art Museum and now picketing the State of Colorado.  The latter employed him at a better paying job than the Denver Art Museum after he quit Defendant's employ.  It was so unfair, he quit there as well.  There's no controlling or placating Plaintiff; he declines and defies the rules to which he was advised he was to follow.  He won't do it.
>
> The world's omnipotent, leading authority on everything, Google, displays over 262 million hits in response to the search "Enough is enough."  The Plaintiff's spectacle takes the number one digit higher.

*Response*, p. 2.

The plaintiff's Reply is rambling and immaterial to the issues raised in his Motion.  The

---

[1] In addition, it appears that the plaintiff did not attempt to obtain the discovery from the defendant pursuant to the Federal Rules of Civil Procedure.  *Response*, p. 1.  The rules of civil procedure permit a party to file a motion to compel only after attempts to obtain discovery pursuant to the appropriate rules of discovery have failed.  Fed.R.Civ.P. 37.

Reply states:[2]

> 1) So does the defendant want me to give up my 1st amendment. Freedom to protest and Speech? I believe the Founding Father put that in the Constitution so "Every American can have a say in "America"! So does the defendant want to Silence An America Citizen?
>
> 2) So the defendant in his letter say to further my own interest: As An American Legion member there is a word which describe what I'm doing "Americanism". To foster and perpetuate a 100% Americanism... Americanism is the gist of the American ideals of "Freedom, Justice, Individual rights and unfenced-in opportunities. It embraces All Freedoms We cherish and all the rights that are guaranteed to us. It is the very opposite of Hatred, Bigotry and Intolerance. Americanism is the creed that blazed the world-wide trail for Justice, Fair play, belief in God, Private Enterprise, Universal Education, and Progress in all human endeavors. It puts the a premium on the virtues of Loyalty, Patriotism, Hard work and Thrift.
>
> 3) Not Favoritism, Nepotism, Sexism, Racism I will continue to stand for what the new Justice Center on 14th between Lincoln and Broadway which it has on Its Pillar "Liberty and Justice for All".

*Reply*, pp. 1-3.

The Federal Rules of Civil Procedure allow the court, on its own initiative at any time, to strike any immaterial or impertinent matter. Fed.R.Civ.P. 12(f). Further, the Local Rules require that all motions, responses, and replies shall be concise. A verbose, redundant, ungrammatical, or unintelligible motion may be stricken, and its filing may be grounds for imposing sanctions. D.C.COLO.LR 7.1 H. I will not tolerate the parties' immaterial and impertinent statements, and *ad hominem* attacks against each other. Accordingly,

   IT IS ORDERED:

---

[2] I have quoted the plaintiff's filings as written, without correction or acknowledgment of error.

(1) The Motion [Doc. #43], the Response [Doc. #46], and the Reply [Doc. #48] are STRICKEN;

(2) The parties shall cease filing papers containing immaterial and impertinent statements, and *ad hominem* attacks against each other;

(3) All papers shall be served on counsel for the defendant in accordance with Rule 5; and

(4) Failure to comply with this order may result in the imposition of sanctions, including dismissal of this case.

Dated January 17, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge