IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Case No.  11-cv-00315-REB-BNB

RONALD D. ROBINSON,

Plaintiff,

v.

DENVER ART MUSEUM,

Defendant.

_____

## ORDER
_____

The final pretrial conference set to occur on February 3, 2012, was vacated due to inclement weather.

IT IS ORDERED:

(1)     The final pretrial conference is reset to **February 28, 2012, at 9:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado;

(2)     In anticipation of the final pretrial conference, the parties are directed to meet in person and cooperate in the preparation of a final pretrial order that complies with the requirements of D.C.COLO.LCivR Appendix G and with the practice standards of the district judge, particularly REB Civ. Practice Standard V.A.  Defendant's counsel shall cause the proposed final pretrial order, containing the input from both sides, to be typewritten and submitted to the court electronically no later than **February 21, 2012**.

Dated February 6, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge