IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Case No. 11-cv-00315-REB-BNB

RONALD D. ROBINSON,

Plaintiff,

v.

DENVER ART MUSEUM,

Defendant.
_____

## ORDER
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record. Consistent with matters discussed on the record today,

IT IS ORDERED:

(1)   The proposed final pretrial order is REFUSED;

(2)   The parties shall submit a revised final pretrial order on or before **March 16, 2012**, modified as discussed on the record this morning; and

(3)   Copies of all exhibits must be provided to opposing counsel and any pro se party no later than **March 16, 2012**. The objections contemplated by Fed. R. Civ. P. 26(a)(3) shall be filed with the clerk and served by hand delivery or facsimile no later than **March 30, 2012**.

Dated February 28, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge