**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 11-cv-00315-REB-BNB

RONALD D. ROBINSON,

      Plaintiff,

v.

DENVER ART MUSEUM,

      Defendant.

---

**MINUTE ORDER**[1]

---

The matter is before the court on defendant's **Motion To Stay Determination Regarding Defendant's Objections To Magistrate Judge's Recommendation** [#64][2] filed March 12, 2012.  The motion is **STRICKEN**.  "No response was received" is not an adequate certificate of conference under D.C.COLO.LCivR 7.1A.

Dated:  March 13, 2012

---

[1]  This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2]  "[#64]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.