**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00315-REB-BNB

RONALD D. ROBINSON,

      Plaintiff,

v.

DENVER ART MUSEUM,

      Defendant.

---

## MINUTE ORDER[1]

---

The matter is before the court on **Defendant's Second Motion For Sumaary** [*sic*] **Judgment**[#67][2] filed March 13, 2012.  The motion is **STRICKEN** for failure to comply with REB Civ. Practice Standard V.B.1.  The court also notes that the deadline for the filing of dispositive motions has well passed and there has been no showing of good cause to file a second motion for summary judgment.

Dated:  March 14, 2012

---

[1]  This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2]  "[#67]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.